UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X

PHILIP MILLER and MARGARET MILLER,

                Plaintiffs,

- against -

ADULT PROTECTIVE SERVICES; NYC
POLICE DEPARTMENT; NEW YORK STATE
DISTRICT ATTORNEY'S OFFICE; and 21
MONROE HOUSING CORP.,

                Defendants.

**ORDER**
**09-CV-4698 (KAM)(LB)**

------------------------------------------------------------X

**BLOOM, United States Magistrate Judge:**

The Honorable Kiyo A. Matsumoto has assigned this case to me for all pretrial purposes. Enclosed is a copy of the "Individual Practices of Magistrate Judge Lois Bloom." Both plaintiffs and defendants are required to follow them. Plaintiffs are to provide a copy of this Order and the enclosed rules to defendants along with the summons and complaint.

The Court's records reflect that the complaint in this action was filed on October 30, 2009. Rule 4(m) of the Federal Rules of Civil Procedure provides:

> If a defendant is not served within 120 days after the complaint is filed, the court – on motion or on its own after notice to the plaintiff – must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.

Accordingly, if service is not made upon defendants by March 1, 2010 or plaintiffs fail to show good cause why such service has not been effected, it will be recommended that the Court dismiss this action without prejudice.

Plaintiffs are required to advise the Clerk of Court of any change of address. Failure to keep the Court informed of plaintiffs' current addresses means the Court will not know where to contact plaintiffs and may result in dismissal of the case. For information regarding court procedures, plaintiffs may contact the Pro Se Office at the United States Courthouse by calling (718) 613-2665.

SO ORDERED.

/S/
_____
LOIS BLOOM
United States Magistrate Judge

Dated: November 10, 2009
      Brooklyn, New York